**Affirmed and Memorandum and Concurring Opinions filed March 10, 2020.**



In the

# Fourteenth Court of Appeals

### NO. 14-18-00339-CR

### JOHN ROBERT-JAMES KANE, Appellant

### v.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 149th District Court
### Brazoria County, Texas
### Trial Court Cause No. 82739-CR

### CONCURRING  OPINION

I believe the trial court erred in admitting the following hearsay testimony of Sockwell: "She told me that the night before, they had been up basically all night long. Her and J.J. were fighting." I also agree this error was harmless.


/s/    Charles A. Spain
           Justice

Panel consists of Justices Wise, Zimmerer, and Spain.

Do Not Publish — TEX. R. APP. P. 47.2(b).